UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DALE DIANE HENRY,

                      Plaintiff,

     v.

CLARK COUNTY FAMILY SERVICES,

                      Defendant.

Case No. 2:16-CV-00807-KJD-GWF

ORDER

On October 18, 2016, the Court screened (#2) Plaintiff's complaint. The Court found the complaint failed to state any claims upon which relief could be granted. The Court dismissed the complaint, but granted Plaintiff leave to file an amended complaint no later than November14, 2016.  Plaintiff has failed to file an amended complaint in accordance with the Court's screening order (#2) and has otherwise failed to prosecute this action.

Accordingly, IT IS HEREBY ORDERED that the present action is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 28TH day of February, 2019.

_____
Kent J. Dawson
United States District Judge